PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
5:95CR70109-002

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

John Green
163 Pearl Street
Westbury, NY 11590

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2013 ★
LONG ISLAND OFFICE

CR-13 657

DISTRICT
Western District of Virginia

DIVISION
Charlottesville

NAME OF SENTENCING JUDGE
Honorable Glen M. Williams, Senior U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | 12/19/2012 | 12/18/ 2022 |

OFFENSE
Conspiracy to Distribute Cocaine Base, Distribution of Cocaine Base, and Convicted Felon in Possession of Firearm

## PART 1 - ORDER TRANSFERRING JURISDICTION

HURLEY, J.

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCTOBER 4, 2013
*Date*

[signature]
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*